**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-4548**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DERCK GILLIS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CR-90-378)

---

Submitted: December 10, 2004      Decided: December 29, 2004

---

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Alan H. Yamamoto, Alexandria, Virginia, for Appellant.  Paul J. McNulty, United States Attorney, Avner Shapiro, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derck Gillis appeals from the revocation of his supervised release. His sole issue on appeal is that there was insufficient evidence to support the district court's finding that he possessed marijuana with the intent to distribute it. We do not find that the district court abused its discretion by finding that Gillis violated his supervised release in this manner. United States v. Copley, 978 F.2d 829, 831 (4th Cir. 1992). This court does not review credibility determinations on appeal. United States v. Burgos, 94 F.3d 849, 863 (4th Cir. 1996). Accordingly, we affirm Gillis' conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED